**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**KIMBERLY A. NELSON, ESQ.**
Nevada Bar No. 15295
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
T (702) 727-1400; F (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
kimberly.nelson@wilsonelser.com
*Attorneys for Defendant Nevada Property 1*
*LLC d/b/a The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELVA STRANGE, individually;<br><br>           Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1 LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS, DOES 1–20; ROE CORPORATIONS 1-20 inclusive,<br><br>           Defendants. | CASE NO:<br>DEPT. NO:<br><br>**DEFENDANT NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN OF LAS VEGAS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

**TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

Defendant NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS ("TCOLV") by and through their attorneys of record, Larry H. Lum, Karen L. Bashor, and Kimberly A. Nelson, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby petition this Court for the removal of a pending action in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, to the United States District Court for the District of Nevada at Las Vegas, pursuant to 28 USC §1441(b), *et seq*.

As part of this Petition, Defendant/Petitioner demonstrates the following to the Court:

283966104v.1

1. Plaintiff first commenced this action against Defendants in the Eighth Judicial District Court, Clark County, State of Nevada, in Case No. A-23-868915-C, Department 7, when Plaintiff filed a Complaint on April 13, 2023, naming TCOLV as a defendant. A copy of the Plaintiff's Summons and Complaint setting forth Plaintiff's claims for relief is attached hereto as **Ex. A.** TCOLV was first served with the Summons and Complaint through its registered agent CSC on May 5, 2023. *See,* **Ex. A,** page 1. On May 25, 2023, Plaintiff filed an Amended Complaint, correcting Plaintiff's residency only, and an Acceptance of Service of the Amended Complaint was executed between the parties on May 25, 2023. A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit B; and Acceptance of Service is attached hereto as **Ex. C**.

2. Paragraph 1 of Plaintiff's Amended Complaint alleges: "At all times relevant to these proceedings, Plaintiff, MELVA STRANGE (hereinafter referred to as "Plaintiff") is and was a resident of the State of Utah*" See,* **Ex. B.** at ¶ 1.

3. Paragraph 2 of Plaintiff's Amended Complaint alleges: "That at all times relevant to these proceedings, Defendant, NEVADA PROPERTY 1, LLC, dba THE COSMOPOLITAN OF LAS VEGAS (hereinafter referred to as "The Cosmopolitan"), was and is an entity organized and operating under the State of Nevada and duly authorized to conduct business in the County of Clark, State of Nevada." *See,* **Ex. B.** at ¶ 2.

4. Plaintiff's Amended Complaint alleges that Plaintiff suffered bodily injuries when Plaintiff fell over a protruding metal piece and/or obstacle in the parking lot. Plaintiff's Amended Complaint alleges that the lighting of the area was such that Plaintiff was unable to discern the obstacle which caused her to fall, and that the protruding metal piece and/or obstacle was caused and/or created by Defendants. *See,* **Ex. B.** at ¶ 10-12.

5. Plaintiff alleges she suffered a left femoral intertrochanteric fracture, and that Plaintiff underwent a left hip intramedullary nailing by Dr. Chan on December 23, 2021. *See* **Ex. D**, page 2. Plaintiff alleges she has incurred past medical specials of $180,908.83. Based upon the amount of claimed past and future medical specials, along with past and future pain and suffering, Defendant

TCOLV has a good faith belief that the amount in controversy between the parties exceeds $75,000.00.

6. Plaintiff's Amended Complaint alleges causes of action for (1) negligence, and (2) vicarious liability. *See,* **Ex. B.**

7. This Court has original jurisdiction over the subject matter of this action under the provisions of section §1332 of Title 28 U.S.C., in that there is complete diversity between the parties, and more than $75,000.00 in controversy, exclusive of interest and costs. Pursuant to §1441 of Title 28 U.S.C., Defendant/Petitioner TCOLV is entitled to remove the action to this Court.

8. A true and correct copy of Defendant's Notice of Removal is being filed this date with the Clerk of the Court for the Eighth Judicial District Court of Clark County, Nevada and is attached hereto as **Ex. E**.

DATED this 30th day of June, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/Kimberly A. Nelson*
LARRY H. LUM, ESQ.
Nevada Bar No.: 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Westgate Las Vegas Resorts, LLC*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 30th day of June, 2023, I served a true and correct copy of the foregoing **DEFENDANT NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) (DIVERSITY)** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

Samantha A. Martin, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101
Samantha.Martin@richardharrislaw.com
*Attorneys for Plaintiff*

                        BY */s/ Jillian Forrest*
                            An Employee of
                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

283966104v.1