# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Melva Strange, an individual<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Nevada Property 1, LLC, d/b/a The Cosmopolitan of Las Vegas, Does 1-20; Roe Corporations 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01012-ART-EJY<br><br>**ORDER GRANTING**<br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| RICHARD HARRIS LAW FIRM<br><br>BY: _/s/ Jonathan B. Lee_　14690<br>JONATHAN B. LEE<br>Nevada Bar No. 13524<br>Attorneys for Melva Strange | **WILSON ELSER**<br><br>BY: _/s/ Michael Lowry_<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>Attorneys for Nevada Property 1, LLC |

**IT IS SO ORDERED.**

_/s/ Anne R. Traum_
Anne R. Traum
United States District Judge

DATED: August 20, 2025

313621436v.1